IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUROMEDICS PHARMA LLC<br>and SCIDOSE LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>INGENUS PHARMACEUTICALS,<br>LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 20-1235-CFC/JLH<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 5th day of August, 2021, having considered the Report and Recommendation issued by United States Magistrate Judge Jennifer L. Hall on July 20, 2021, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Hall's Report and Recommendation is adopted.

2. Ingenus Pharmaceuticals, LLC's Motion to Dismiss (D.I. 13) is DENIED insofar as it requests dismissal.

_____
Chief Judge